Form oscmsdoc – oscmissdocv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

>Case No.: 22–10406–VFP
>Chapter: 11
>Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Laura Cantor Inc.
  dba Sonja by Sonja Morgan, dba Eleven
  Commerce
  175 Fair Street
  Suite 4
  Palisades Park, NJ 07650

Social Security No.:

Employer's Tax I.D. No.:
  82–4400084

## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE
## DISMISSED FOR FAILURE TO FILE DOCUMENTS OR EXTEND TIME

The debtor filed a petition on January 18, 2022 but failed to file the following documents required by Fed. R. Bankr. P. 1007:

Summary of Assets and Liabilities for Non–Individuals, Declaration Under Penalty of Perjury for Non Individual Debtors, Statement of Financial Affairs For Non–Individuals, Atty Disclosure Statement, 20 Largest Unsecured Creditors, PDF of List of Creditors, Balance Sheet, Tax Return, Cash Flow Statement, Statement of Operations, Schedules A/B,D,E/F,G,H

It is hereby ORDERED that:

The debtor or debtor's attorney must appear at a hearing before the Honorable Vincent F. Papalia on:

Date: February 8, 2022
Time: 10:00 AM
Location: Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

to show cause why the case should not be dismissed.

If **all** required documents are filed with the Clerk before the hearing date, this Order to Show Cause will be vacated and no appearance is required.

Any motion or other objection that is filed will be considered a Motion for Extension of Time to File Schedules, Statements, and Other Documents under Fed. R. Bankr. P. 1007(c), and will be scheduled by the court to be heard on the same date and time as this Order to Show Cause.

Unless all required documents are filed before the hearing date on this Order to Show Cause, you **must** appear at the hearing. FAILURE TO APPEAR AT THE HEARING WILL RESULT IN DISMISSAL OF THE CASE.

**IMPORTANT: Any document filed must be the most recent version of the applicable Official or Local Form. Please check www.njb.uscourts.gov to find updated forms.**

Dated: January 19, 2022
JAN: wdh

                                        <u>Vincent F. Papalia</u>
                                        United States Bankruptcy Judge