UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

MIDDLEBROOKS SHAPIRO, P.C.
841 Mountain Avenue, First Floor
Springfield, New Jersey  07081
(973) 218-6877
Melinda D. Middlebrooks, Esq.
middlebrooks@middlebrooksshapiro.com
Attorneys for Creditor and Party-in-Interest Pizzazz Fashion, Inc.

In Re:

LAURA CANTOR, INC.

Subchapter V Chapter 11 debtor.

Case No.:   22-10406-VFP

Chapter:    11 (Sub V)

Judge:      Vincent F. Papalia

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of   Pizzazz Fashion, Inc.  . Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:  Middlebrooks Shapiro, P.C.
841 Mountain Avenue, First Floor
Springfield, New Jersey  07081
Attn:  Melinda Middlebrooks, Esq.

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒  All documents and pleadings of any nature.

Date: January 24, 2022

/s/ Melinda Middlebrooks
Signature

*new.8/1/15*