**Fill in this information to identify the case:**

Debtor name: Laura Cantor Inc.

United States Bankruptcy Court for the: District of New Jersey

Case number (If known): 22-10406

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | American Express<br>PO Box 1270<br>Newark, NJ, 07101 | | Credit Card Debt | Unliquidated | | | 31,273.91 |
| 2 | TD Bank NA<br>Bankruptcy Department<br>PO Box 9547<br>Portland, ME, 04112 | | PPP Loan | Contingent | | | 16,647.00 |
| 3 | TD Bank Card Services<br>PO Box 100290<br>Columbia, SC, 29202 | | Credit Card Debt | Unliquidated | | | 10,872.01 |
| 4 | SwipeSocial Inc.<br>175 Fair Street<br>Palisades Park, NJ, 07650 | | Litigation | Disputed<br>Unliquidated<br>Contingent | | | 0.00 |
| 5 | State of NJ - Dept of Tax<br>Bankruptcy Unit<br>PO Box 245<br>Trenton, NJ, 08695-0245 | | Taxes | Disputed<br>Unliquidated<br>Contingent | | | 0.00 |
| 6 | Pizzazz Fashion Inc.<br>3104 The PLaza<br>Tenafly, NJ, 07670 | | Litigation | Disputed<br>Unliquidated<br>Contingent | | | 0.00 |
| 7 | Everyday Luxury Brand Inc.<br>50 Enterprise Avenue<br>Secaucus, NJ, 07094 | | License Royalties | Disputed<br>Unliquidated<br>Contingent | | | 0.00 |
| 8 | Everyday Luxury Brand Inc.<br>3104 The Plaza<br>Tenafly, NJ, 07670 | | License Royalty | Disputed<br>Unliquidated<br>Contingent | | | 0.00 |

Debtor  Laura Cantor Inc.  
Name

Case number (*if known*) 22-10406

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Ivyapaar Holdings Inc.<br>50 U.S. Highway 9<br>Suite 301<br>Morganville, NJ, 07751 | | Litigation | Disputed<br>Unliquidated<br>Contingent | | | 0.00 |
| 10 | Guarav Aggarwal<br>3104 The Plaza<br>Tenafly, NJ, 07670 | | Litigation | Disputed<br>Unliquidated<br>Contingent | | | 0.00 |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |