| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>SILVERMAN LAW PLLC<br>4 Terry Terrace<br>Livingston, New Jersey 07039<br>Brett S. Silverman, Esq.<br>Brett@getconciergelaw.com<br>T:  646.779.7210<br>F:  888.896.5886<br>Proposed Counsel to Laura Cantor Inc. | **Order Filed on March 30, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>LAURA CANTOR INC.,<br><br>Debtor. | Chapter:    11 (Sub V)<br><br>Case No.:    22-10406<br><br>Judge:    Vincent F. Papalia |

**ORDER PURSUANT TO 11 U.S.C. §§ 328(A) AND 1103 AUTHORIZING AND APPROVING THE EMPLOYMENT OF RK CONSULTANTS LLC AS FINANCIAL ADVISORS TO THE DEBTOR AS OF JANUARY 18, 2022**

The relief set forth on the following page two (2) is hereby **ORDERED.**

**DATED: March 30, 2022**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

DEBTOR:  Laura Cantor Inc.
CASE NO: 22-10406 (VFP)

Upon the applicant's request for authorization to retain RK Consultants LLC f/k/a Ryniker Consultants, LLC as financial advisors to the Debtor, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:

    156 Dubois Avenue
    Sea Cliff, New York 11579

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of this retention is as of March 7, 2022, the date RK Consultants, LLC's application was filed with the Court.

5. RK Consultants, LLC's retention does not include or authorize the retention of any outside consultants or anyone not an employee of RK Consultants, LLC, except as may be approved on further application to the Court to authorize the employment of any such entity or individual.